IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01345-BNB

CHRISTOPHER MARTINEZ,

     Plaintiff,

v.

JOYCE CROUNK (Individual and Official Capacity), Acting Medical Staff Supervisor,
    and
NOVA WALKER (Individual and Official Capacity), Acting Nurse,

     Defendants.

---

## ORDER OF DISMISSAL

---

At the time he initiated this action, Plaintiff, Christopher Martinez, was a prisoner in the custody of the Colorado Department of Corrections (DOC) incarcerated at the correctional facility in Canon City, Colorado. It appears that since the time of filling, Mr. Martinez has been released from the custody of the DOC. Mr. Martinez initiated this action by filing *pro se* a civil rights complaint pursuant to 42 U.S.C. § 1983. He has been granted leave to proceed *in forma pauperis* without payment of an initial partial filing fee.

On June 12, 2012, Magistrate Judge Boyd N. Boland determined that the Complaint was deficient because it did not comply with Rule 8 of the Federal Rules of Civil Procedure and because Mr. Martinez failed to demonstrate the personal participation of each named defendant. Therefore, Mr. Martinez was directed to file an amended complaint. Mr. Martinez was warned that the action would be dismissed

without further notice if he failed to file an amended pleading within thirty days.

Mr. Martinez has now failed to file an amended complaint, as directed by Magistrate Judge Boland, and has not communicated with the Court since June 7, 2012.  As a result, he has failed to file an amended pleading within the time allowed.  Therefore, the Complaint and action will be dismissed without prejudice.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to file an amended pleading within the time allowed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied with leave to re-filed in the Tenth Circuit.

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __20th__ day of _____July_____, 2012.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2